1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

BOONMI BOONMY,

12                    Petitioner,

13            v.

14   K. PROSPER, Warden,

15                    Respondent.

16

Case No. CV 05-6794 ODW(JC)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
18   Habeas Corpus by a Person in State Custody (the "Petition") and all of the records
19   herein, including the attached Report and Recommendation of United States
20   Magistrate Judge ("Report and Recommendation"), and petitioner's objections to
21   the Report and Recommendation ("Objections"). The Court has further made a *de*
22   *novo* determination of those portions of the Report and Recommendation to which
23   objection is made. The Court concurs with and adopts the findings, conclusions,
24   and recommendations of the United States Magistrate Judge and overrules the
25   Objections. To the extent the Objections are construed to constitute a request to
26   this Court to stay and hold this action in abeyance pending petitioner's exhaustion
27   of claims attacking his 2002 sentence, such request is denied. Petitioner does not
28   show any cause, let alone good cause, as to why this Court should delay resolution

1  of the instant matter, which was has been pending since 2005, so that petitioner

2  can bring additional, likely time-barred claims.

3       IT IS ORDERED that Judgment be entered denying the Petition and

4  dismissing this action with prejudice.

5       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

6  Report and Recommendation, and the Judgment herein on petitioner and on

7  counsel for respondent.

8       LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10       DATED: September 9, 2009

11

12

13       HONORABLE OTIS D. WRIGHT, II

14       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2