1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOONMI BOONMY, | Case No. CV 05-6794 ODW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| K. PROSPER, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: September 9, 2009

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE